# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2021
Lyle W. Cayce
Clerk

No. 20-40307

IN RE: CHRISTOPHER JAIME CARDENAS,

*Movant.*

Motion for an order authorizing
the United States District Court for the
Southern District of Texas to consider
a successive 28 U.S.C. § 2255 motion

Before DAVIS, SOUTHWICK, and HAYNES, *Circuit Judges.*

PER CURIAM:

    Christopher Jaime Cardenas, federal prisoner # 72441-179, moves for authorization to file a successive 28 U.S.C. § 2255 motion in which he intends to challenge his conviction and sentence under 18 U.S.C. §§ 924(c)(1) and 2, for aiding and abetting the brandishing of a firearm during a crime of violence. He contends that, in light of the decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), he was convicted and sentenced under § 924(c)(1) based on predicate offenses that do not qualify as crimes of violence.

    We conclude that Cardenas has made "a sufficient showing of possible merit to warrant a fuller exploration by the district court." *Reyes-Requena v. United States*, 243 F.3d 893, 899 (5th Cir. 2001) (internal quotation marks and citation omitted). Accordingly, IT IS ORDERED that his motion for authorization to file a successive 28 U.S.C. § 2255 motion

No. 20-40307

is GRANTED.  Our grant of authorization based on the prima facie showing required at this stage is tentative, however, in that the district court must dismiss the motion without reaching its merits if the court determines that Cardenas has failed to satisfy the requirements of § 2255(h).  *See* 28 U.S.C. § 2244(b)(4); *Reyes-Requena*, 243 F.3d at 897-99.  We express no view on what decisions the district court should make.

The Clerk is DIRECTED to transfer the motion for authorization and related pleadings to the district court for filing as a § 2255 motion.  *See Dornbusch v. Comm'r*, 860 F.2d 611, 612-15 (5th Cir. 1988).  The filing date shall be, at the latest, the date the motion for authorization was filed in this court, unless the district court determines that an earlier filing date should apply.